IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JONATHAN NASH, and  NORTH O
RISING, L.L.C.,

                    Plaintiffs,


          vs.


K.C. BELITZ, as Director; DEISY COYLE,
as Economic Recovery Program Manager;
ABRA KATAKA, as Economic Recovery
Program Manager; ELIZABETH BLANCO-
RODRIGUEZ, as Lead Economic Recovery
Program Manager; ATTICUS STANSBURY,
as Economic Recovery Manager; and PAUL
KOESTERS, as Economic Recovery
Program Manager;

                    Defendants.

**4:24CV3103**


**FIRST AMENDED FINAL
PROGRESSION ORDER**


This matter is before the court on Defendants' Motion to Extend All Deadlines. (Filing No. 25). The motion is granted. Accordingly, IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **September 2, 2025** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. (Filing No. 19).

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is May 27, 2025. Motions to compel

written discovery under Rules 33, 34, 36, and 45 must be filed by June 10, 2025.

**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)    The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is June 27, 2025.

4)    The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

|  |  |
|---|---|
| For the plaintiff(s): | July 28, 2025. |
| For the defendant(s): | August 25, 2025. |
| Plaintiff(s)' rebuttal: | September 23, 2025. |

5)    The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is October 28, 2025.

6)    The deadline for filing motions to dismiss and motions for summary judgment is November 18, 2025.

7)    The deadline for filing motions to exclude testimony on *Daubert* and related grounds is November 4, 2025.

8)    Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

9)    The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

10)   All requests for changes of deadlines or settings established herein shall be

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 25th day of March, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge